# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1402**

**CAF 12-00014**

PRESENT: SCUDDER, P.J., CENTRA, FAHEY, CARNI, AND VALENTINO, JJ.

IN THE MATTER OF RONALD DAVID RAGIN, III,
PETITIONER-APPELLANT,

V                                    MEMORANDUM AND ORDER

HERMAN DORSEY, RESPONDENT-RESPONDENT.
(APPEAL NO. 5.)

ALAN BIRNHOLZ, EAST AMHERST, FOR PETITIONER-APPELLANT.

DAVID A. SHAPIRO, BUFFALO, FOR RESPONDENT-RESPONDENT.

MARY ANNE CONNELL, ATTORNEY FOR THE CHILD, BUFFALO, FOR AALIYAH R.

---------------------------------------------------------------------------------------

 Appeal from an order of the Family Court, Erie County (Rosalie Bailey, J.), entered October 24, 2011. The order dismissed the petition.

 It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

 Same Memorandum as in *Matter of Ragin v Dorsey* ([appeal No. 1] ___ AD3d ___ [Dec. 28, 2012]).

Entered: December 28, 2012      Frances E. Cafarell
                  Clerk of the Court